UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEESHA ANDERSON,<br><br>         Plaintiff,<br><br>  -against-<br><br>AMAZON.COM, INC., et al.,<br><br>         Defendants. | 23-cv-8347 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  The complaint in this case was filed on September 20, 2023. Dkt. 1. On September 22, 2023, electronic summonses were issued. Dkts. 11–16. Yet none of the Defendants have appeared, nor is there any indication on the docket that they have been served.

  By **October 26, 2023, at 5:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendants, and (3) Plaintiff's efforts to serve the Defendants. The letter shall not exceed two pages.

  SO ORDERED.

Dated: October 20, 2023
    New York, New York

                           ARUN SUBRAMANIAN
                           United States District Judge