UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEESHA ANDERSON,

                              Plaintiff,

          -against-

AMAZON.COM, INC., et al.,

                              Defendants.

23-cv-8347 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

On January 2, 2024, Plaintiff filed a second amended complaint. Dkt. 63. Defendants had previously moved to dismiss. Dkts. 42, 47. With the second amended complaint, Plaintiff also filed opposition briefs to the motions. Dkts. 64, 65. Defendants renewed their motions to dismiss two weeks after the second amended complaint was filed. Dkts. 68, 73. Yesterday was two weeks since those motions were renewed, and Plaintiff did not file any new briefs, as would be required by the local rules. Local Civ. R. 6.1(b). The Court assumes that Plaintiff prefers to rest on her previous submission, and Defendants' reply papers are due by February 6, 2024.

Additionally, the previous motions to dismiss are denied as moot. The Clerk of Court is directed to close Dkts. 42 and 47.

SO ORDERED.

Dated: January 31, 2024
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge