UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEESHA ANDERSON,

                Plaintiff,

-against-

AMAZON.COM, INC., et al.,

                Defendants.

23-cv-8347 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

      The Court has received defendants' letter-motion to compel and to extend the deadline to complete discovery (Dkt. 104), and plaintiff's response (Dkt. 108).

      The motion to extend the discovery schedule is DENIED. The case management plan in this case was entered in December 2023, so the parties have had significant time to undertake discovery. Moreover, there is still more than a month left for discovery, and the Court will certainly allow the parties to finish up any necessary discovery through to the summary-judgment deadline.

      There is no "plaintiff first" rule for depositions in federal court. The parties are expected to work expeditiously to turn over any remaining documents and to schedule depositions. If there are disputes, bring them promptly to the Court. Any unjustified refusal to cooperate in discovery may potentially lead to sanctions being issued.

      As for any withheld recordings at issue on the motion to compel, they must be provided to the Court on or before 12:00 pm ET on Monday, August 26, 2024 for *in camera* review. The Court will then make a ruling on whether the assertion of work-product protection is warranted. Accordingly, the August 26 hearing is canceled.

SO ORDERED.

Dated: August 23, 2024
       New York, New York

                                        ARUN SUBRAMANIAN
                                        United States District Judge