UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEESHA ANDERSON,

                Plaintiff,

    -against-

AMAZON.COM, INC et al.,

                Defendants.

23-cv-8347 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The parties jointly called chambers today to address an emergent discovery issue. As the Court discussed with the parties:

1. Plaintiff will email her proposed amended complaint to the Court by 5:00 PM TODAY, September 19, 2024.

2. Defendants will email the transcriptions of the three recordings pertinent to plaintiff's proposed amended complaint to the Court by 5:00 PM TODAY, September 19, 2024.

3. By 5:00 PM on SEPTEMBER 20, 2024, each side may submit a letter of no more than three pages outlining (1) why plaintiff should or should not be granted leave to amend her complaint and (2) why discovery should or should not be stayed.

4. Until the Court orders otherwise, discovery should proceed as scheduled.

SO ORDERED.

Dated: September 19, 2024
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge