UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDERSON,<br><br>                    Plaintiffs,<br><br>        -against-<br><br>AMAZON.COM, INC. et al.,<br><br>                    Defendants. | 23-cv-8347 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

For the reasons discussed at today's hearing, the Court orders:

1. Plaintiff's motion for leave to file a third amended complaint is DENIED.
2. Defendant's motion to stay discovery is GRANTED.
3. By FRIDAY, SEPTEMBER 27, 2024, Defendants will send plaintiff a good faith offer as a basis to settle this case. Plaintiff will respond within THREE BUSINESS DAYS of receiving defendants' offer.
4. Defendants will have until FRIDAY, OCTOBER 4, 2024 to file any motions with the Court regarding potentially sanctionable conduct under Fed. R. Civ. P. 11.
5. Plaintiff will have until FRIDAY, OCTOBER 25, 2024 to respond to any motions for sanctions filed by defendants.
6. Defendant will have until FRIDAY, NOVEMBER 1, 2024 to reply.

The Clerk of Court is respectfully requested to terminate the motion at Dkts. 118, 119.

SO ORDERED.

Dated: September 24, 2024
       New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ARUN SUBRAMANIAN
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge