

December 30, 2024

**VIA ECF**
United States District Judge Arun Subramanian
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 15A
New York, NY 10007

                Re: *Anderson v. Amazon.com, Inc., et al.*; No. 23-cv-08347

Dear Judge Subramanian:

I am lead counsel for Plaintiff in the above-referenced matter. Plaintiff submits this letter in reply to defendants' response (Docket No. 198) to Plaintiff's Sur-Reply (Docket No. 197).

Rule 2(B) of Your Honor's Individual Civil Practice Rules expressly permits amended or corrected filings, provided they are accompanied by a redline version reflecting all changes from the original. Plaintiff fully complied with this requirement by including the requisite redline versions, ensuring complete transparency. Notably, Rule 2(B) does not mandate pre-approval for such amended or corrected filings. Furthermore, Plaintiff's amended documents were submitted solely as exhibits (Exhibits A and B, respectively) for the Court's review and were not formally filed on the docket.

Finally, should the Court prefer that Plaintiff submit a separate letter motion specifically addressing the request for leave to file Plaintiff's Amended Response and Counterstatement (Docket No. 197-1) and Plaintiff's Amended Memorandum of Law (Docket No. 197-2), Plaintiff will promptly comply with the Court's directive.

For the foregoing reasons as well as those articulated in Plaintiff's initial letter (Docket No. 197), Plaintiff respectfully requests leave to file an amended 56.1 Response and Counterstatement (Exhibit A) and an amended Memorandum of Law (Exhibit B), in opposition to defendants' motion for summary judgment.

Respectfully submitted,
JMD Law Group

*Jessie M. Djata*

Jessie M. Djata, Esq.
Cc: Michael Goettig, Esq. (Counsel for Defendants) (Via ECF)
    Rodrigo Tranamil, Esq. (Counsel for Defendants) (Via ECF)

Jessie M. Djata, Esq. • 2196 Third Avenue, #31636, New York, NY 10035 • (917) 765-7475