## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------X
KEESHA ANDERSON,

                Plaintiff,                        23 **CIVIL** 8347 (AS)

     -against-                              **<u>JUDGMENT</u>**

AMAZON.COM, INC. and AMAZON.COM SERVICES, INC.,

                Defendants.
---------------------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 30, 2025, Defendants' motion for summary judgment is GRANTED, Defendants' motion for sanctions under Rules 11 and 37 is DENIED, and Anderson's motion for sanctions under Rule 37 is DENIED. Anderson's motion to strike defendants' amended responses to her requests for admission and to exclude defendant's expert report is DENIED as moot; accordingly, the case is closed.

**Dated:** New York, New York

      September 30, 2025

                                                    **TAMMI M. HELLWIG**
                                                    **Clerk of Court**

                    BY:
                                                    **Deputy Clerk**