MANDATE

1:23-cv-08347-AS

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of March, two thousand twenty-six.

---

Keesha Anderson,

       Plaintiff - Appellant,

  v.

Amazon.com, Inc., a Delaware Corporation, Amazon.com Services, Inc., doing business as Amazon.com Services, LLC,

       Defendants - Appellees,

Steve Boom, Ryan Redington,

       Defendants.

---

**ORDER**

Docket No. 25-2804

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/2/2026____

Appellant moves for voluntary dismissal of the above-captioned appeal.

IT IS HEREBY ORDERED that the unopposed motion is GRANTED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/02/2026